ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br><br>V.<br><br><br>GIOVANNY MEDINA PLAZA<br><br>Peticionario | KLCE202500079 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br>_____<br>Crim. Núm.:<br>DTR2024-0043<br><br>Sala: 604<br>_____<br>SOBRE:<br>ART. 7.02 MG (2000) LEY 22 |

Panel integrado por su presidente el Juez Figueroa Cabán, el Juez Salgado Schwarz y el Juez Monge Gómez.

Salgado Schwarz, Carlos G., Juez Ponente.

## **RESOLUCIÓN**

En San Juan, Puerto Rico, a 31 de enero de 2025.

Comparece el señor Giovanny Medina Plaza ("Sr. Medina" o "Peticionario") mediante recurso de *certiorari* y solicita que revisemos la *Resolución* emitida el 18 de diciembre de 2024[1] por el Tribunal de Primera Instancia, Sala Superior de Bayamón ("foro primario" o "foro recurrido"). Mediante dicha Resolución, el foro primario declaró *No Ha Lugar* la *Moción de Supresión de Evidencia* presentada por el Peticionario y *Ha Lugar* la *Oposición A: Moción de Supresión de Evidencia.*

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la determinación del foro recurrido. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso

_____
[1] Notificada el 26 de diciembre de 2024.

Número Identificador

RES2025_____

discrecional,[2] abundamos sobre las bases de nuestra decisión para que las partes no alberguen dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el foro primario actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[3] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la Regla 40 del Reglamento de este Tribunal de Apelaciones.[4]

A tenor con lo anterior, ***denegamos*** la expedición del auto de *certiorari* ante nuestra consideración.

En consecuencia, se declara **No Ha Lugar** la moción en auxilio de jurisdicción presentada hoy viernes, 31 de enero de 2025.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[2] 32 LPRA Ap. V, R. 52.1.
[3] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).
[4] 4 LPRA Ap. XXII-B, R. 40.